

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-13-00619-CV |
| Style: | Lee Ann Wheelbarger, Terri Tiedeman, Doreen Marderness, Jerry Savoy, Howard Janson, Carla Kivela, James Huseman, Bull Capital, James Durham, Mary Lou Durham and Patrick Koelling |
| | **v** The Landing of Counsel of Co-Owners, William Henslee, Tom Jenkins, Troy Jones, David Marks, Barnard Pearl, Thomas Walsh, Stan Williams and Jack Ereira |
| Date motion filed[*]: | July 30, 2013 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellees |
| Document to be filed: | Notice of Appeal |

If motion to extend time:

| | |
|---|---|
| Deadline to file document: | July 31, 2013 |
| Number of previous extensions granted: | 0 |
| Length of extension sought: | 15 days |

Ordered that motion is:

☑     Granted
         If document is to be filed, document due: **August 15, 2013**

         ☐   The Clerk is instructed to file the document as of the date of this order
         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: **/s/ Michael Massengale**
         ☑ Acting individually     ☐ Acting for the Court

Date: August 1, 2013

November 7, 2008 Revision